UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:12-00006 |
| | ) | JUDGE SHARP |
| WILLIAM ADOLF FRANCIS | ) | |

**MOTION FOR LEAVE TO LATE-FILE SENTENCING MEMORANDUM**

Defendant William Adolph Francis respectfully moves for leave to file his Sentencing Memorandum, which he is submitting to the Court contemporaneously with this motion. The filing deadline for the Sentencing Memorandum was August 26, 2013. Undersigned counsel, omitted to file it due to additional documents having been received days prior to the sentencing hearing. He respectfully requests that it be accepted late. This case is set for sentencing on August 29, 2013.

Respectfully submitted,

s/ *Dumaka Shabazz*
DUMAKA SHABAZZ (BPR#022278)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: dumaka_shabazz@fd.org